PROB 12B
(7/93)



United States District Court

for

District of Guam

## Report for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Ann Marie T. Meno**        Case Number: **CR 03-00029-003**

Name of Sentencing Judicial Officer:     Honorable John S. Unpingco

Date of Original Sentence:     November 13, 2003

Original Offense:     Conspiracy to Possess Stolen Mail [18 U.S.C. § 371 and 2]

Original Sentence:     Six month term of imprisonment with credit for time served followed by a three year term of supervised release with the following special conditions: refrain from the use of any and all alcoholic beverages; submit to any method of testing for a prohibited substance; participate in a drug treatment program approved by the U.S. Probation Office and make a co-payment for treatment at a rate determined by the U.S. Probation Office; obtain and maintain employment; make payment arrangements with creditors; not incur any new lines of credit; provide access to requested financial information; perform 300 hours of community service; pay restitution in the amount of $2,287.49; and pay a $100 special assessment fee. **Modified** on July 19, 2004 to include an additional 100 hours of community service as approved by the U.S. Probation Office. **Revoked** on March 18, 2005, and ordered to serve 11 months imprisonment, followed by a 25 month term of supervised release with all conditions previously imposed on November 13, 2003 and modified on July 19, 2004; perform the remaining balance of 266 hours of community service under the direction of the U.S. Probation Office; and she is ordered to pay restitution immediately to her victims.

Type of Supervision:    **Supervised Release**    Date Supervision Commenced: **November 14, 2005**

---

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

1.  The defendant shall serve six days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office.

Case 1:03-cr-00029    Document 82    Filed 02/07/2006    Page 1 of 6

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

*(Please see attached violation report submitted by U.S. Probation Officer John W. San Nicolas II.)*

Reviewed by:

Respectfully submitted,

by: *[signature]*

ROSSANNA VILLAGOMEZ-AGUON

JOHN W. SAN NICOLAS II

U.S. Probation Officer
Supervision Unit Leader

U.S. Probation Officer

Date: 1/27/06

Date: 1/27/2006

THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other

RECEIVED
FEB - 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

*[signature]*
LARRY ALAN BURNS, District Judge
2-6-06
Date

ORIGINAL

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I agree to the modification of my supervised release conditions to include the following conditions:

1. The defendant shall serve six days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S Marshals Office.

Witness: _John W. San Nicolas II_
U.S. Probation Officer

Signed: _Ann Marie T. Meno_
Probationer or Supervised Releasee

1/23/06
Date

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO.: 03-00029-003 |
| Plaintiff, | ) | |
| | ) | **VIOLATION REPORT** |
| vs. | ) | |
| ANN MARIE T. MENO, | ) | |
| Defendant. | ) | |

**Re: Request to Modify Conditions of Supervised Release**

On November 13, 2003, Ann Marie T. Meno was sentenced to six months imprisonment with credit for time served followed by a three year term of supervised release for the offense of Conspiracy to Possess Stolen Mail, in violation of 18 U.S.C. § 371 and 2. On July 29, 2004, conditions were modified to include 100 hours of community service as a sanction for noncompliance. On March 18, 2005, supervised release was revoked. On November 14, 2005, the defendant was released from custody and returned to Guam, where she lived prior to her incarceration. She is alleged to have violated the following conditions of supervision:

**Standard Condition 1:** *The defendant shall report to the probation officer and submit a truthful and complete written report within the first five days of the month.* Ms. Meno has failed to submit monthly reports for November 2005 and December 2005.

**Standard Condition 2:** *The defendant shall answer truthfully all inquiries of the probation officer and follow the instructions of the probation officer.*

VIOLATION REPORT
Request to Modify Conditions of Supervised Release
Re: MENO, Ann Marie T.
USDC Cr. Cs. No. 03-00029-003
January 27, 2006
Page 2

**Standard Condition 3:** *The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.*

On January 23, 2006, Ms. Meno contacted this officer telephonically from a known felon's home. This Officer recognized the phone number during the call as belonging to Ms. Dede Dumanal, who is on pretrial release awaiting sentencing in the U.S. District Court of Guam in Cr. Cs. No. 05-00033-001. This Officer is also assigned to supervise Ms. Dumanal's conditions of release. Initially, when confronted regarding where she was calling from, Ms. Meno stated she was calling "from a store in Yigo." Shortly thereafter, she admitted that she was calling from Ms. Dumanal's home. On the same date, this Officer met with Ms. Meno, who apologized for lying. She also stated that she was not aware that Ms. Dumanal was "on probation", and has agreed not to associate with her again.

**Special Condition 1:** *The defendant shall obtain and maintain gainful employment.* Ms. Meno has failed to obtain employment despite being instructed to seek employment, and has failed to report her efforts to obtain employment weekly to this officer as instructed.

**Special Condition 2:** *The defendant shall perform her remaining balance of 266 hours of community service under the direction of the U.S. Probation Office.* Ms. Meno was processed to begin community service on November 22, 2005. She agreed to perform community service Monday through Friday, but has failed to perform community service on a regular basis as instructed. As a result, the community service vendor, U.S. Fish and Wildlife Service, returned her community service documents and denied her ability to return to the agency. To date, Ms. Meno has performed a total of 35 hours of community service. Her balance remains at 231 hours.

**Special Condition 3:** *The defendant is ordered to pay restitution immediately, or while incarcerated, or as a condition of her supervised release, to the victims. Restitution payments shall be remitted to the Clerk of Court, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910, which shall be disbursed to the victims.* Ms. Meno has failed to make any payments towards her restitution. Her balance is $2,287.49 without interest.

**Special Condition 4:** *The defendant shall pay a $100 special assessment fee.* Ms. Meno made a $25 payment on September 12, 2005 while in custody with the Bureau of Prison. She has failed to make any additional payments.

VIOLATION REPORT
Request to Modify Conditions of Supervised Release
Re: MENO, Ann Marie T.
USDC Cr. Cs. No. 03-00029-003
January 27, 2006
Page 3

**Supervision Compliance:** The defendant has tested negative for controlled substances and alcohol since beginning her term of supervised release. She has also been complying with her drug treatment program requirements.

Currently, Ms. Meno is serving a five year term of probation with Superior Court of Guam, which began on June 5, 2004, for Possession of a Schedule II Controlled Substance as a Third Degree Felony and Retail Theft. Her current fine balance is $4,020.00. She is also on pretrial release with the Superior Court of Guam for family violence and child abuse.

**Recommendation:** For the violations noted above, Ms. Meno agreed to a modification of her supervised release conditions to include an order that she serve six days of intermittent confinement, pursuant to 18 U.S.C. §§ 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S Marshals Office. Accordingly, this probation officer respectfully requests that the Court modify the conditions of supervised release. Ms. Meno's progress will be carefully monitored and any continued violations will be addressed and reported to the Court. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Ms. Meno's consent to the modification.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic P. David, AUSA
    Cynthia Ecube, Defense Counsel
    File