MENO_A.stpwrit

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN -5 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANN MARIE T. MENO, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> MCDONALD'S OF GUAM, ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 03-00029 <br><br> **WRIT OF CONTINUING GARNISHMENT** |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing Garnishment on Defendant, ANN MARIE T. MENO's wages in the amount of $25.00 per pay period (weekly) beginning June 1, 2006;

//
//
//
//

**ORIGINAL**

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $25.00 per pay period (weekly) beginning June 1, 2006, of ANN MARIE T. MENO, Social Security Number XXX-XX-8086, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 03-00029** to ensure her account is properly credited.

DATED this 5th day of June 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam