PROB 12B
(7/93)

# United States District Court

for

*District of Guam*

FILED
DISTRICT COURT OF GUAM
FEB -5 2007 mʲᵒᵒ
MARY L.M. MORAN
CLERK OF COURT

## Report for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender:     **Ann Marie T. Meno**                    Case Number: **CR 03-00029-003**

Name of Sentencing Judicial Officer:     Honorable John S. Unpingco

Date of Original Sentence:     November 13, 2003

Original Offense:     Conspiracy to Possess Stolen Mail  [18 U.S.C. § 371 and 2]

Original Sentence:     Six month term of imprisonment with credit for time served followed by a **three year term** of supervised release with the following special conditions: refrain from the use of any and all alcoholic beverages; submit to any method of testing for a prohibited substance; participate in a drug treatment program approved by the U.S. Probation Office and make a co-payment for treatment at a rate determined by the U.S. Probation Office; obtain and maintain employment; make payment arrangements with creditors; not incur any new lines of credit; provide access to requested financial information; perform 300 hours of community service; pay restitution in the amount of $2,287.49; and pay a $100 special assessment fee. **Modified** on July 19, 2004 to include an additional 100 hours of community service as approved by the U.S. Probation Office. **Revoked** on March 18, 2005, and ordered to serve 11 months imprisonment, followed by a 25 month term of supervised release with all conditions previously imposed on November 13, 2003 and modified on July 19, 2004; perform the remaining balance of 266 hours of community service under the direction of the U.S. Probation Office; and she is ordered to pay restitution immediately to her victims. **Modified** on February 7, 2006 to include that she serve six (6) days of intermittent confinement as a sanction for noncompliance.

Type of Supervision:     **Supervised Release**     Date Supervision Commenced: **November 14, 2005**

## PETITIONING THE COURT

☐  To extend the term of supervision for          years, for a total term of          years.

☒  To modify the conditions of supervision as follows:

1.     The defendant shall serve three (3) days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office.

2.     The defendant shall perform the balance of 218 hours of community service at the rate of 10 hours per week.

ORIGINAL

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender                                                                    page 2

CAUSE

*Please see attached Violation Report; Request to Modify Conditions of Supervised Release
submitted by U.S. Probation Officer John W. San Nicolas II.*

Reviewed by:                                                        Respectfully submitted,

by:

ROSSANNA VILLAGOMEZ-AGUON                          JOHN W. SAN NICOLAS II

U.S. Probation Officer                                               U.S. Probation Officer
Supervision Unit Leader

Date: JAN. 26, 2007                                              Date: January 26, 2007

## THE COURT ORDERS

☐   No Action

☐   The Extension of Supervision as Noted Above.

☑   The Modification of Conditions as Noted Above.

☐   Other

**RECEIVED**

JAN 26 2007

DISTRICT COURT OF GUAM
HAGATNA, GUAM

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

2/5/07

Date

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) | CRIMINAL CASE NO.: 03-00029-003 |
| vs. | )<br>) | **VIOLATION REPORT** |
| ANN MARIE T. MENO,<br>Defendant. | )<br>)<br>)<br>)<br>) | |

**Re:   Request to Modify Conditions of Supervised Release**

On November 13, 2003, Ann Marie T. Meno was sentenced to six months imprisonment with credit for time served followed by a three year term of supervised release for the offense of Conspiracy to Possess Stolen Mail, in violation of 18 U.S.C. § 371 and 2. On July 29, 2004, conditions were modified to include 100 hours of community service as a sanction for noncompliance. On March 18, 2005, supervised release was revoked. On November 14, 2005, the defendant was released from custody and returned to Guam, where she lived prior to her incarceration. On February 7, 2006, conditions were modified to include that she serve six (6) days of intermittent confinement as a sanction for noncompliance. She is alleged to have violated the following conditions of supervision, which is in violation of 18 U.S.C. § 3583(d):

**Special Condition 1:** *The defendant shall perform her remaining balance of 266 hours of community service under the direction of the U.S. Probation Office.*

On March 21, 2006, Ms. Meno met with this Officer to transfer her community service performance venue to the National Park Service. The U.S. Fish and Wildlife Refuge had previously supervised her community service performance, however, on January 21, 2006, her placement was terminated by the vendor because she left the community service site without permission and failed to return. At the National Park Service, she agreed to perform five (5) hours of community service every Tuesday, but has failed to perform community service on a regular basis as instructed. This Officer met with her on numerous occasions to discuss her noncompliance with community service.

VIOLATION REPORT
Request to Modify Conditions of Supervised Release
Re:    MENO, Ann Marie T.
USDC Cr. Cs. No. 03-00029-003
January 26, 2007
Page 2

Initially, Ms. Meno cited lack of transportation due to car problems as a reason for her failing to perform, however, she complied with most of her drug testing, counseling, and employment requirements during the same time period. She also cited change in her days off at work, although she only works approximately 20 hours per week. This Officer gave her some flexibility in October 2006, when she became married and changed her residence. She was advised that she would have to start performing her community service requirement again as soon as she was settled into the new residence. She failed to perform any additional hours as required. To date, Ms. Meno has performed 13 hours of community service: seven hours on September 23, 2006 and six hours on September 28, 2006. Her balance remains at 218 hours, and her supervised release term is set to expire on December 13, 2007.

**Supervision Compliance:** Except as listed above, Ms. Meno's compliance with her other conditions of supervision has been satisfactory. She has tested consistently negative for controlled substances and alcohol since beginning her term of supervised release. On December 5, 2007, Ms. Meno completed her drug treatment and testing program. In addition, she has been gainfully employed since February 2006, paid her special assessment fee on April 4, 2006, and has been making payments towards her restitution obligation via garnishment since June 2006. Her balance, as of December 29, 2006, remains at $1,798.77. Furthermore, Ms. Meno voluntarily submitted to a DNA sample of her blood on March 7, 2006, and completed her previous six (6) day intermittent confinement term on March 20, 2006.

In addition, Ms. Meno is serving a five year term of probation with the Superior Court of Guam, which began on June 5, 2004, for Possession of a Schedule II Controlled Substance as a Third Degree Felony and Retail Theft. Her current community service balance with the Court is 204 hours, her fine balance remains at $3,020.00, and she is currently attending drug aftercare with Oasis Empowerment. She is also serving a two year term of probation, which began on August 29, 2006, for Family Violence and Child Abuse. She is required to attend a ten session anger and stress management program, which will commence upon her completion of drug aftercare.

**Recommendation:** This Officer respectfully requests that the Court modify the conditions of supervised release to include that Ann Marie Meno serve three (3) days of intermittent confinement, pursuant to 18 U.S.C. §§ 3583(e)(2), 3583(d)(3), at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S Marshals Office, and that she perform the balance of 218 hours of community service at the rate of 10 hours per week. Ms. Meno's progress will be carefully monitored and any continued violations will be

VIOLATION REPORT
Request to Modify Conditions of Supervised Release
Re:    MENO, Ann Marie T.
USDC Cr. Cs. No. 03-00029-003
January 26, 2007
Page 3

addressed and reported to the Court.  Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Ms. Meno's consent to the modification.

                                          Respectfully submitted,

                                          FRANK MICHAEL CRUZ
                                          Chief U.S. Probation Officer


                              By:         _____
                                          JOHN W. SAN NICOLAS II
                                          U.S. Probation Officer

Reviewed by:


_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Marivic P. David, AUSA
       Cynthia Ecube, Defense Counsel
       File

PROB 49
(3/89)

# United States District Court

for

## District of Guam

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I agree to the modification of my supervised release conditions to include the following conditions:

1.	The defendant shall serve three (3) days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S Marshals Office.

2.	That the defendant shall perform the balance of 218 hours of community service at the rate of 10 hours per week.

Witness: _____	Signed: _____
John W. San Nicolas II		Ann Marie T. Meno
U.S. Probation Officer		Probationer or Supervised Releasee

_____
1/9/07
Date