# UNITED STATES DISTRICT COURT

for

## District of Guam

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Ann Marie T. Meno**     Case Number: **CR 03-00029-003**

Name of Sentencing Judicial    John S. Unpingco

Date of Original Sentence: November 13, 2003

Original Offense: Conspiracy to Possess Stolen Mail [18 U.S.C. § 371 and 2]

Original Sentence: Six month term of imprisonment with credit for time served followed by a three year term of supervised release with the following special conditions: refrain from the use of any and all alcoholic beverages; submit to any method of testing for a prohibited substance; participate in a drug treatment program approved by the U.S. Probation Office and make a co-payment for treatment at a rate determined by the U.S. Probation Office; obtain and maintain employment; make payment arrangements with creditors; not incur any new lines of credit; provide access to requested financial information; perform 300 hours of community service; pay restitution in the amount of $2,287.49; and pay a $100 special assessment fee. **Modified** on July 19, 2004 to include an additional 100 hours of community service as approved by the U.S. Probation Office. **Revoked** on March 18, 2005, and ordered to serve 11 months imprisonment, followed by a 25 month term of supervised release with all conditions previously imposed on November 13, 2003 and modified on July 19, 2004; perform the remaining balance of 266 hours of community service under the direction of the U.S. Probation Office; and she is ordered to pay restitution immediately to her victims. **Modified** on February 7, 2006 to include that she serve six (6) days of intermittent confinement as a sanction for noncompliance. **Modified** on February 5, 2007 to include that she serve three (3) days of intermittent confinement and perform the balance of 218 hours of community service at the rate of 10 hours per week as a sanction for noncompliance.

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **November 14, 2005**

Assistant U.S. Attorney: **Marivic P. David**    Defense Attorney: **Cynthia V. Ecube**

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failed to perform community service as ordered. [18 U.S.C. § 3583(d)] |
| 2. | Failed to report to the Probation Officer. [18 U.S.C. § 3583(d)] |
| 3. | Failed to follow the instructions of the Probation Officer. [18 U.S.C. § 3583(d)] |

≊Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

**X** The term of supervision should be

    **X** revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

*See attached Declaration in Support of Petition,
Re: Violation of Supervised Release Conditions; Request for a Summons
submitted by USPO John W. San Nicolas II*

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: May 31, 2007

I declare under penalty of perjury that
the foregoing is true and correct.

/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Executed on: May 31, 2007

**THE COURT ORDERS:**

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

**VIOLATION WORKSHEET**

1. Defendant **Ann Marie T. Meno**
2. Docket Number (Year-Sequence-Defendant No.) **CR 03-00029-003**
3. District/Office 0993/1
4. Original Sentence Date 11 / 13 / 03
   month / day / year

(If different than above):
5. Original District/Office
6. Original Docket Number (Year-Sequence-Defendant No.)

7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| • *Shall perform Community Service* | C |
| • *Shall answer truthfully all inquiries of the probation officer and follow the instructions of the probation officer* | C |
| • *Shall report to the probation officer and submit a truthful and complete written report within the first five days of the month.* | C |
| • | |

8. Most Serious Grade of Violation (see §7B1.1(b))  —  C
9. Criminal History Category (see §7B1.4(a))  —  III
10. Range of Imprisonment (see §7B1.4(a))  —  5-11 months

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[X] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more

**Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002**

Case 1:03-cr-00029   Document 100-2   Filed 06/08/2007   Page 1 of 2

Defendant: **Ann Marie T. Meno**

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    | | | | |
    |---|---|---|---|
    | Restitution ($) | $1,385.36 | Community Confinement | N/A |
    | Fine ($) | N/A | Home Detention | N/A |
    | Other | Community service : 178 hrs | Intermittent Confinement | N/A |

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term: _____ to _____ years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment: 14-20 months

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

    None.

15. **Official Detention Adjustment** (see §7B1.3(e)): 0 months 0 days

**Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002**

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00029-003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION IN SUPPORT OF PETITION** |
| vs. | ) | |
| | ) | |
| ANN MARIE T. MENO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Re:    Violation of Supervised Release Conditions; Request for a Summons**

      I, U.S. Probation Officer John W. San Nicolas II, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for AnnMarie T. Meno, and in that capacity declare as follows:

      On November 13, 2003, AnnMarie T. Meno was sentenced in the District Court of Guam to a six month term of imprisonment followed by a three year term of supervised release for the offense of Conspiracy to Possess Stolen Mail, in violation of 18 U.S.C. § 371 and 2. On May 13, 2004, Ms. Meno began her original term of supervised release. On July 19, 2004, supervised release conditions were modified by the Court to include 100 hours of community service because Ms. Meno failed to report to the U.S. Probation Office within 72 hours of release from imprisonment, and failed to report for two (2) scheduled drugs tests. On March 18, 2005, supervised release was revoked as a result of the following violations: arrest for family violence and child abuse; positive drug test (ice); failure to report for scheduled appointments with her previously assigned Probation Officer; failure to submit monthly supervision reports; failure to inform her Probation Officer of a change in residence; failure to report for urinalysis; failure to obtain employment; failing to pay restitution; and failure to perform community service. Ms. Meno was ordered to serve 11 months imprisonment, followed by a 25 month term of supervised release.

DECLARATION IN SUPPORT PF PETITION
Violation of Supervised Release Conditions; Request for a Summons
Re:    MENO, Ann Marie T.
USDC Cr. Cs. No. 03-00029-003
May 31, 2007
Page 2


On November 14, 2005, Ms. Meno's second term of supervised release commenced. On February 7, 2006, conditions were modified to include that she serve six (6) days of intermittent confinement as a sanction for failing to submit monthly supervision reports; associating with a known felon; lying to this Officer; failing to obtain employment; failing to pay restitution and special assessment fee; and failing to perform community service. On February 5, 2007, conditions were modified to include that she serve an additional three (3) days of intermittent confinement and perform the balance of 218 hours of community service at the rate of 10 hours per week as a sanction for failing to perform community service. Ms. Meno is alleged to have violated the following conditions of supervision:

**Special Condition 1:** *The defendant shall perform the balance of 218 hours of community service at the rate of 10 hours per week.* [18 U.S.C. § 3583(d)]

**Standard Condition 1:** *The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.* [18 U.S.C. § 3583(d)]

**Standard Condition 2:** *The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.* [18 U.S.C. § 3583(d)]

On February 5, 2007, one of the conditions that the Court ordered Ms. Meno to perform is the balance of 218 hours of community service at the rate of 10 hours per week. On February 7, 2007, this Officer met with Ms. Meno to provide her with a copy of the modification order, schedule her intermittent confinement dates, and provide her guidance on the new community service requirement. She was instructed to perform no less than 10 hours of community service per week at the National Park Service until her balance was exhausted. The following reveals the failure of Ms. Meno to perform the required 10 hours of community service weekly and the interventions performed by the Probation Officer to address her noncompliance with her community service requirement.

From February 7 to 13, 2007 and 14 to 20, 2007, Ms. Meno failed to perform as required. On February 22, 2007, this Officer spoke with Ms. Meno to address her noncompliance with her community service requirement. She reported that she had been ill for the past two weeks. Ms. Meno failed to report the illness to this Officer. This Officer believes that she was not truthful, because a review of her employment check stubs indicated that she worked a total of 35 hours during the same approximate time period.

DECLARATION IN SUPPORT PF PETITION
Violation of Supervised Release Conditions; Request for a Summons
Re:   MENO, Ann Marie T.
USDC Cr. Cs. No. 03-00029-003
May 31, 2007
Page 3


From February 21 to 27, 2007, Ms. Meno performed 5 hours, half the required amount. On February 23, 2007, Ms. Meno spoke with U.S. Probation Officer Grace D. Flores to advise her that she would be unable to perform community service on the same date, but stated she would perform five hours on February 24 and 25, 2007. However, Ms. Meno failed to perform as required on February 25, 2007.

From February 28, 2007 to March 6, 2007, Ms. Meno failed to perform any community service. On March 5, 2007, this Officer spoke with Ms. Meno regarding her noncompliance. She cited auto disrepair and a lack of transportation as preventing her from performing. On March 6, 2007, this Officer met with Ms. Meno for monthly reporting. She reported that she had an ear infection, in addition to auto disrepair as reasons for her noncompliance with community service. However, Ms. Meno failed to submit proof of her medical condition to this Officer.

From March 7 to 13, 2007 and March 14 to 20, 2007, Ms. Meno performed 5 hours each week, half the required amount. On March 22, 2007, this Officer spoke with Ms. Meno to discuss her noncompliance. She stated that she just found out that she was pregnant, and has not performed as required because she is "lazy" when she wakes up in the morning. On March 23, 2007, this Officer met with Ms. Meno to review her medical documents and prenatal prescription to verify her pregnancy. She stated that she was about five weeks pregnant. This Officer impressed upon Ms. Meno the need to perform her community service even more frequently as it would become more difficult to perform as her pregnancy progressed. Ms. Meno was also informed that her balance would have to be satisfied prior to the end of her supervision term in December 2007. This Officer also advised her that the National Park Service would be contacted to allow her light-duty assignment, and warned her that continued noncompliance would be reported to the Court. Ms. Meno stated that she had already informed the National Park Service personnel, and they had made arrangements to allow her to perform light-duty work.

From March 21 to 27, 2007 and March 28 to April 4, 2007, Ms. Meno failed to perform as required. On March 27, 2007, this Officer attempted to contact Ms. Meno at her residence. However, her landlord reported that she had moved out. On March 30, 2007, Ms. Meno met with this Officer to discuss her noncompliance. She stated that she had spent the last week moving to a new residence because her husband had left her and returned to the Philippines. In addition, she stated that she suffered a miscarriage and provided verification of an emergency room visit at the Guam Memorial Hospital. Ms. Meno requested that she be excused from performing community service for another week.

DECLARATION IN SUPPORT PF PETITION
Violation of Supervised Release Conditions; Request for a Summons
Re:    MENO, Ann Marie T.
USDC Cr. Cs. No. 03-00029-003
May 31, 2007
Page 4


From April 4 to 10, 2007, Ms. Meno failed to perform as required.  On April 5, 2007, this Officer met with Ms. Meno for monthly reporting.  She stated that she would perform community service on April 7 and 8, 2007.  However, she failed to perform any hours as required.

From April 11 to 17, 2007, Ms. Meno failed to perform as required.  On April 16, 2007, this Officer spoke with Ms. Meno to discuss her noncompliance.  This Officer admonished her for her continued failure to perform community service as required.   On April 17, 2007, this Officer met with her at her residence at 10:30 a.m.  She stated she had just woken up.  This Officer set an office appointment with Ms. Meno for April 19, 2007 to discuss her noncompliance with her community service requirement.  However, Ms. Meno failed to report as instructed.

From April 18 to 24, 2007, April 25, 2007 to May 1, 2007, and May 2 to 8, 2007, Ms. Meno failed to failed to perform as required.  Attempts to contact Ms. Meno were unsuccessful.  However, on May 2, 2007, Ms. Meno left a note at the U.S. Probation Office which were attached to her monthly report that cited the following, "I haven't done my community service last month.  Working 40 hours per week now.  I'll give you a call if I buy the phone card."

Ms. Meno's community service balance remains at 178 hours.  This report serves as the third documented violation report since February 2006,  all of them outlining similar violation conduct for failing to perform community service.

**Supervision Compliance:**  Except as outlined above, Ms. Meno has complied with the following conditions of supervision since being placed on her terms of supervised release.  She completed her substance abuse treatment program on December 5, 2006 and has been gainfully employed as a cook helper since February 2006.  In addition, she paid her $100 special assessment fee on April 4, 2006, and has paid a total of $902.13 towards her restitution debt via garnishment.  Her balance as of April 9, 2007, remains at $1,385.36.  Furthermore, Ms. Meno voluntarily submitted to a DNA sample of her blood on March 7, 2006 and served a total of nine (9) days of intermittent confinement on February 28, 2007.

In addition, Ms. Meno is serving a five year term of probation with the Superior Court of Guam, which began on June 5, 2004, for Possession of a Schedule II Controlled Substance as a Third Degree Felony and Retail Theft.  Her current community service balance with the Superior Court is 54 hours, most of which was credited by attending drug aftercare with the Oasis Empowerment Center, which she completed on January 19, 2007.

DECLARATION IN SUPPORT PF PETITION
Violation of Supervised Release Conditions; Request for a Summons
Re:   MENO, Ann Marie T.
USDC Cr. Cs. No. 03-00029-003
May 31, 2007
Page 5


Her fine balance remains at $3,020.00.  Ms. Meno is also serving a two year term of probation, which began on August 29, 2006, for Family Violence and Child Abuse.  She has an outstanding fine balance of $1,040 and is required to attend a ten session anger and stress management program, which will commence on June 14, 2007 at Client Services and Family Counseling.

**Recommendation:** This Probation Officer respectfully requests that the Court issue a Summons for AnnMarie T. Meno to appear for a hearing to answer or show cause why her term of supervised release should not be revoked pursuant to 18 U.S.C. § 3583.

Executed this 31st day of May 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer


By:    /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer


Reviewed by:


/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
  Supervision Unit Leader

cc:    Marivic P. David, AUSA
       Cynthia V. Ecube, Defense Counsel
       File