✑PROB 12C
( 12/04)

# UNITED STATES DISTRICT COURT

for

## District of Guam

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Ann Marie T. Meno**      Case Number: **CR 03-00029-003**

Name of Sentencing Judicial    John S. Unpingco

Date of Original Sentence: November 13, 2003

Original Offense: Conspiracy to Possess Stolen Mail [18 U.S.C. § 371 and 2]

Original Sentence: Six month term of imprisonment with credit for time served followed by a three year term of supervised release with the following special conditions: refrain from the use of any and all alcoholic beverages; submit to any method of testing for a prohibited substance; participate in a drug treatment program approved by the U.S. Probation Office and make a co-payment for treatment at a rate determined by the U.S. Probation Office; obtain and maintain employment; make payment arrangements with creditors; not incur any new lines of credit; provide access to requested financial information; perform 300 hours of community service; pay restitution in the amount of $2,287.49; and pay a $100 special assessment fee. **Modified** on July 19, 2004 to include an additional 100 hours of community service as approved by the U.S. Probation Office. **Revoked** on March 18, 2005, and ordered to serve 11 months imprisonment, followed by a 25 month term of supervised release with all conditions previously imposed on November 13, 2003 and modified on July 19, 2004; perform the remaining balance of 266 hours of community service under the direction of the U.S. Probation Office; and she is ordered to pay restitution immediately to her victims. **Modified** on February 7, 2006 to include that she serve six (6) days of intermittent confinement as a sanction for noncompliance. **Modified** on February 5, 2007 to include that she serve three (3) days of intermittent confinement and perform the balance of 218 hours of community service at the rate of 10 hours per week as a sanction for noncompliance.

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **November 14, 2005**

Assistant U.S. Attorney: **Marivic P. David**    Defense Attorney: **Cynthia V. Ecube**

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failed to perform community service as ordered. [18 U.S.C. § 3583(d)] |
| 2. | Failed to report to the Probation Officer. [18 U.S.C. § 3583(d)] |
| 3. | Failed to follow the instructions of the Probation Officer. [18 U.S.C. § 3583(d)] |

✎Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

*See attached Declaration in Support of Petition,*
*Re: Violation of Supervised Release Conditions; Request for a Summons*
*submitted by USPO John W. San Nicolas II*

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: May 31, 2007

I declare under penalty of perjury that the foregoing is true and correct.

/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Executed on: May 31, 2007

**THE COURT ORDERS:**

[ ] No action.

[ ] The issuance of a warrant.

[X] The issuance of a summons. Summons to issue for hearing on June 27, 2007, at 2:15 p.m.

[ ] Other

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Jun 11, 2007**