ORIGINAL

MENO_A.aacg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JUN 11 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00029 |
| Plaintiff, ) | |
| vs. ) | ANNUAL ACCOUNTING IN GARNISHMENT |
| ANN MARIE T. MENO, ) | |
| Defendant. ) | |

To: McDonald's of Guam
Attn.: Rose Castro
185 S. Marine Corp. Drive
Tamuning, Guam 96913

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about June 5, 2006, $1,022.59 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 11th day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

```
 1                       PAYMENT HISTORY
                          FOR: 2003Z00084
 2

 3
    DEBTOR:  Meno, Ann Marie T.
 4  COLLECTION TYPE:  6B
    BALANCE AS OF MAY 2, 20074:  $1,264.90
 5

 6
    DATE RCVD        FORM      COURT RECEIPT        CHECK NBR        PAYMENT AMOUNT
 7  ----------------  --------- ----------------------  ----------------  --------------------------

 8  26-JUN-2006      GC/H      0028815              82474202         $   15.67
    03-JUL-2006      GC/H      0028881              82475766             17.12
 9  10-JUL-2006      GC/H      0028941              82477249             13.03
    17-JUL-2006      GC/H      0028999              82478783             19.42
10  24-JUL-2006      GC/H      0029063              82480145             25.32
    31-JUL-2006      GC/H      0029166              83000205             18.85
11  07-AUG-2006      GC/H      0029335              83001376             30.61
    11-AUG-2006      GC/H      0029462              93002656             17.20
12  21-AUG-2006      GC/H      0029631              93004138             22.21
    25-AUG-2006      GC/H      0029712              83005670             13.80
13  05-SEP-2006      GC/H      0029818              83007305             27.60
    11-SEP-2006      GC/H      0029889              83008685             23.35
14  18-SEP-2006      GC/H      0029967              83010209             30.86
    25-SEP-2006      GC/H      0030039              83011617             11.63
15  02-OCT-2006      GC/H      0030096              83013201             25.41
    10-OCT-2006      GC/H      0030146                                   34.37
16  16-OCT-2006      GC/H      0030191              83016029             26.26
    23-OCT-2006      GC/H      0030237              83017309             20.96
17  31-OCT-2006      GC/H      0030303              83018873             20.30
    06-NOV-2006      GC/H      0030354              83020163             17.13
18  13-NOV-2006      GC/H      0030395              83021374             20.22
    20-NOV-2006      GC/H      0030442              83022807             34.44
19  27-NOV-2006      GC/H      0030487              83024238              9.97
    12-DEC-2006      GC/H      0030578              83026742             34.74
20  12-DEC-2006      GC/H      0030578              83026743             22.65
    20-DEC-2006      GC/H      0030624              83028174             31.48
21  27-DEC-2006      GC/H      0030664              83029545             32.34
    03-JAN-2007      GC/H      0030696              83031060             31.12
22  08-JAN-2007      GC/H      0030737              83032225             11.64
    16-JAN-2007      GC/H      0030786              83033695             22.34
23  22-JAN-2007      GC/H      0030827              83035037             26.59
    29-JAN-2007      GC/H      0030885              83036577             25.50
24  05-FEB-2007      GC/H      0030926              83037794             18.86
    12-FEB-2007      GC/H      0030969              83039055             20.78
25  20-FEB-2007      GC/H      0031018              83040509             17.19
    28-FEB-2007      GC/H      0031059              83041763             20.55
26  05-MAR-2007      GC/H      0031074              83043108             20.15
    05-MAR-2007      GC/H      0031074              83044104             12.15
27
                                                              Subtotal:    $843.81
28
```

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 19-MAR-2007 | GC/H | 0031154 | 83045475 | $ 13.08 |
| 26-MAR-2007 | GC/H | 0031191 | 83046648 | 24.47 |
| 03-APR-2007 | GC/H | 0031226 | 83048031 | 7.61 |
| 09-APR-2007 | GC/H | 0031272 | 83049148 | 13.16 |
| 07-MAY-2007 | GC/H | 0031428 | | 45.46 |
| 11-MAY-2007 | GC/H | 0031454 | | 25.00 |
| 21-MAY-2007 | GC/H | 0031504 | 83057402 | 25.00 |
| 29-MAY-2007 | GC/H | 0031556 | 83058619 | 25.00 |

Subtotal: **$178.78**

TOTAL DOLLAR AMOUNT OF PAYMENTS: **$1,022.59**