```
ORIGINAL
```

1  **MENO_A.aacg**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

FILED
DISTRICT COURT OF GUAM
JUN 12 2007
MARY L.M. MORAN
CLERK OF COURT

7  Attorney's for United States of America

8            IN THE UNITED STATES DISTRICT COURT

9               FOR THE DISTRICT OF GUAM

10 UNITED STATES OF AMERICA,       ) CRIMINAL CASE NO. 03-00029
                                   )
11           Plaintiff,             )
                                   )
12      vs.                         ) **CERTIFICATE OF SERVICE**
                                   )
13 ANN MARIE T. MENO,              )
                                   )
14           Defendant,             )
                                   )
15 _____ )
                                   )
   MCDONALD'S OF GUAM,             )
16                                  )
             Garnishee.             )
17 _____ )

18

19      I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed

20 copy of the following: **Annual Accounting in Garnishment** was sent to the defendant and

21 garnishee by mail on _June 12, 2007_.

22

23                                              _/s/ Michelle Perez_
24                                              MICHELLE PEREZ