AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
JUN 2 2 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**ANN MARIE T. MENO**

Case Number: CR-03-00029-003

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 3rd FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | COURTROOM |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge | Tuesday, June 27, 2007 at 2:15 p.m. |

To answer a(n)
☐ Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition **X** Supervised Release Violation Petition ☐ Pretrial Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

See the Petition for Warrant or Summons for Offender Under Supervision separately filed on June 11, 2007.

**RECEIVED** JUN 11 2007 US MARSHALS SERVICE-GUAM

**RECEIVED** JUN 11 2007 US MARSHALS SERVICE-GUAM

Leilani R. Toves Hernandez, Deputy Clerk
Name and Title of Issuing Officer

[signature] Hernandez
Signature of Issuing Officer

June 11, 2007
Date

ORIGINAL

AO83 (Rev 10/03) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 6/22/07 |

| Check one box below to indicate appropriate method of service |
|---|

☒ Served personally upon the defendant at:

Money Mony, G—

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___6/22/07___
            Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.