**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00029-003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUPPLEMENTAL DECLARATION** |
| vs. | ) | **IN SUPPORT OF PETITION** |
| | ) | |
| ANN MARIE T. MENO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Re:** Violation of Supervised Release Supplement to Declaration filed June 11, 2007.

I, U.S. Probation Officer John W. San Nicolas II, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Ann Marie T. Meno, and in that capacity declare as follows:

Ms. Meno is alleged to have committed an additional violation of 18 U.S.C. § 3583(d). An amended violation worksheet is attached with this supplemental declaration.

**Standard Condition 1:** *The defendant shall notify the probation officer at least ten days prior* to any change in residence or employment. On March 27, 2007, this Officer spoke with Ms. Meno's landlord, Mae Garcia, who stated that Ms. Meno had moved out of the residence located in Yigo, Guam on March 25, 2007. Ms. Garcia was unaware of Ms. Meno's new residence. On the same date, this Officer spoke with Ms. Meno's sister, Mandy Manibusan, who stated that Meno had moved into an apartment with her two sons located in Mongmong Guam. On March 30, 2007, this Officer spoke with Ms. Meno regarding her failure to notify this Officer as required prior to any change in residence. She admitted that she changed her residence from Yigo, Guam to Mongmong, Guam because her husband had left her and returned to the Philippines. This Officer warned Ms. Meno to comply with residential notification requirements in the future.

SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION
Violation of Supervised Release Supplement to Declaration filed June 11, 2007
Re:   MENO, Ann Marie T.
USDC Cr. Cs. No. 03-00029-003
June 26, 2007
Page 2


On June 20, 2007, this Officer conducted an unannounced home visit at Ms. Meno's residence located in Mongmong, Guam.  However, the apartment was visibly vacant.  On the same date, this Officer met with Ms. Meno's sister, Marissa, who stated that Ms. Meno had changed her residence to another apartment complex located in Mongmong, Guam.  This Officer has been unable to contact Ms. Meno regarding her change of residence violation.

**Recommendation:** The above information is respectfully submitted to supplement the Declaration in Support of Petition filed on June 11, 2007, and for consideration at the Order to Show Cause Hearing set for June 27, 2007.

Executed this 26th day of June 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:     /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

/s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

cc:   Marivic P. David, AUSA
      Cynthia Ecube, Defense Counsel
      File

**AMENDED VIOLATION WORKSHEET**

1. Defendant **Ann Marie T. Meno**
2. Docket Number (Year-Sequence-Defendant No.) **CR 03-00029-003**
3. District/Office 0993/1
4. Original Sentence Date 11 / 13 / 03
   month / day / year

(If different than above):
5. Original District/Office
6. Original Docket Number (Year-Sequence-Defendant No.)

7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| ● *Shall perform Community Service* | C |
| ● *Shall answer truthfully all inquiries of the probation officer and follow the instructions of the probation officer* | C |
| ● *Shall report to the probation officer and submit a truthful and complete written report within the first five days of the month.* | C |
| ● *Shall notify the probation officer at least ten days prior to any change in residence or employment.* | C |

8. Most Serious Grade of Violation (see §7B1.1(b))  C
9. Criminal History Category (see §7B1.4(a))  III
10. Range of Imprisonment (see §7B1.4(a))  5-11 months

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[X] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more

**Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002**

Defendant: **Ann Marie T. Meno**

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    | | | | |
    |---|---|---|---|
    | Restitution ($) | $1,385.36 | Community Confinement | N/A |
    | Fine ($) | N/A | Home Detention | N/A |
    | Other | Community service : 178 hrs | Intermittent Confinement | N/A |

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term: _____ to _____ years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment: 14-20 months

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

    None.

15. **Official Detention Adjustment** (see §7B1.3(e)): 0 months 0 days

**Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002**