**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-03-00029                      DATE: June 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori           Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 2:46:42 - 3:24:42
CSO: J. McDonald / B. Pereda

**APPEARANCES:**

Defendant: Ann Marie T. Meno           Attorney: Richard Arens
    Present    Custody    Bond    P.R.        Present    Retained    FPD    CJA

U.S. Attorney: Marivic P. David           U.S. Agent:
U.S. Probation: John San Nicolas         U.S. Marshal: D. Punzalan / T. Muna
Interpreter:                                       Language:

**PROCEEDINGS: Initial Appearance re Petition to Revoke Supervised Release**
- Federal Public Defender appointed nunc pro tunc to June 11, 2007.
- Defendant admits to the violations.
- Proceedings continued to: July 9, 2007 at 9:15 a.m.

NOTES: The Court continued the matter and ordered defendant to perform 8 hours of community service weekly and to determine whether defendant has acquired a vehicle.