# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-03-00029  DATE: July 09, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori  Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 9:18:03 - 9:28:43
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Ann Marie T. Meno  Attorney: Richard Arens
   Present   Custody   Bond   P.R.     Present   Retained   FPD   CJA
U.S. Attorney: Marivic P. David  U.S. Agent:
U.S. Probation: John San Nicolas  U.S. Marshal: D. Punzalan
Interpreter:  Language:

**PROCEEDINGS: Preliminary Revocation Hearing**

- Defendant advised the Court of her status regarding performance of community service.
- Proceedings continued to: August 13, 2007 at 9:15 a.m.
- Defendant to remain released.

NOTES: