ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG - 9 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00029 |
| Plaintiff, | |
| vs. | **STIPULATION OF PARTIES TO CONTINUE PRELIMINARY REVOCATION HEARING** |
| ANN MARIE T. MENO, | |
| Defendant. | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, ANN MARIE T. MENO, by and through her attorney, Richard P. Arens, Assistant Federal Public Defender, and hereby stipulate and request to continue the preliminary revocation hearing currently set for August 13, 2007, to a date convenient to the Court sometime on or after August 23, 2007. The parties make this request for the reason that

//
//
//
//
//

government counsel is scheduled to attend off-island training and will be unavailable during August 13 - 22, 2007.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

8/9/07
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

8/9/07
Date

RICHARD P. ARENS
Assistant Federal Public Defender
Attorney for Defendant

2