# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-03-00029-003                    DATE: August 24, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: None Present |
| Courtroom Deputy: Peter Santos | Electronically Recorded: 1:38:19 - 1:41:10 |

CSO: B. Benavente

**APPEARANCES:**

| | |
|---|---|
| Defendant: Ann Marie T. Meno | Attorney: Richard Arens |
| DEFENDANT NOT PRESENT | Present   Retained   FPD   CJA |
| Present   Custody   Bond   P.R. | |
| U.S. Attorney: Marivic P. David | U.S. Agent: |
| U.S. Probation: Judy Ocampo | U.S. Marshal: G. Perez |
| Interpreter: | Language: |

**PROCEEDINGS: Continued Preliminary Revocation Hearing**

- Defense counsel apologized to the Court for defendant's non-appearance and requested for one week continuance.
- Proceedings continued to: August 30, 2007 at 9:00 a.m.

NOTES: