# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-03-00029-003            DATE: August 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present            Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos       Electronically Recorded: 9:18:11 - 9:38:05
CSO: F. Tenorio

## APPEARANCES:

Defendant: Ann Marie T, Meno            Attorney: Richard P. Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David          U.S. Agent:
U.S. Probation: John San Nicolas       U.S. Marshal: G. Perez
Interpreter:                                                Language:

## PROCEEDINGS: Preliminary Revocation Hearing - Re Petition for Revocation or Modification of Supervised Release

- Court refers matter to Chief Judge, Frances Tydingco-Gatewood for Disposition Hearing set for Wednesday, September 19, 2007 at 9:30 a.m

NOTES: