# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-03-00029-003                           DATE: September 19, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 9:38:03 - 10:13:26
CSO: N. Edrosa / J. Lizama

**APPEARANCES:**
Defendant: Ann Marie T. Meno              Attorney: Richard Arens
   Present   Custody   Bond   P.R.          Present   Retained   FPD   CJA
U.S. Attorney: Marivic P. David            U.S. Agent:
U.S. Probation: John San Nicolas           U.S. Marshal: G. Perez
Interpreter:                                Language:

**PROCEEDINGS: Disposition Hearing**
- Revocation of supervised release <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>1 day</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>24 months and 29 days</u>, with conditions (refer to Judgment for conditions of supervised release).
- Defendant ordered to pay restitution balance of $873.78.
- Defendant allowed to self-surrender to the U.S. Marshals Service on Guam.

NOTES: