PROB 12B
(7/93)

# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | **Ann Marie T. Meno** | Case Number: | **CR 03-00029-003** |

Name of Sentencing Judicial Officer:     Honorable John S. Unpingco

Date of Original Sentence:     November 13, 2003

Original Offense:     Conspiracy to Possess Stolen Mail, in violation of 18 U.S.C. §§ 371 and 2.

Original Sentence:     Six month term of imprisonment with credit for time served followed by a three year term of supervised release with the following special conditions: refrain from the use of any and all alcoholic beverages; submit to any method of testing for a prohibited substance; participate in a drug treatment program approved by the U.S. Probation Office and make a co-payment for treatment at a rate determined by the U.S. Probation Office; obtain and maintain employment; make payment arrangements with creditors; not incur any new lines of credit; provide access to requested financial information; perform 300 hours of community service; pay restitution in the amount of $2,287.49; and pay a $100 special assessment fee. **Modified** on July 19, 2004 to include an additional 100 hours of community service as approved by the U.S. Probation Office. **Revoked** on March 18, 2005, and ordered to serve 11 months imprisonment, followed by a 25 month term of supervised release with all conditions previously imposed on November 13, 2003 and modified on July 19, 2004; perform the remaining balance of 266 hours of community service under the direction of the U.S. Probation Office; and she is ordered to pay restitution immediately to her victims. **Modified** on February 7, 2006 to include that she serve six (6) days of intermittent confinement as a sanction for noncompliance. **Modified** on February 5, 2007 to include that she serve three (3) days of intermittent confinement and perform the balance of 218 hours of community service at the rate of 10 hours per week as a sanction for noncompliance. **Revoked** on September 19, 2007. One day imprisonment, followed by 24 months and 29 days supervised release under the same conditions previously imposed to include that she perform eight hours of community service per week.

| | | | |
|---|---|---|---|
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: | **December 3, 2007** |

## PETITIONING THE COURT

☐     To extend the term of supervision for _____ years, for a total term of _____ years.

**X**     To modify the conditions of supervision as follows:

    1.    The defendant shall serve three (3) days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office, as a sanction for noncompliance.

Report for Modifying the
Conditions or Term of Supervision with
Consent of Offender                                                                                                                                                          page 2

CAUSE

On September 19, 2007, Ms. Meno's term of supervised release was revoked, primarily due to her failure to perform community service as required. One of the conditions imposed by the Court was that she perform the remaining balance of community service at a rate of eight hours per week. On the same date, this Officer met with Ms. Meno, who agreed to perform eight hours of community service every Saturday.

For the week of September 19-25, 2007, Ms. Meno performed eight hours as required. For the week of October 24-30, 2007, Ms. Meno performed five hours, three less than required. For the weeks of September 26 to October 2, 2007, October 3-9, 2007, October 10-16, 2007, October 17-23, 2007, October 31 to November 6, 2007, November 7-13, 2007, November 14-20, 2007, and November 21-27, 2007, Ms. Meno failed to perform any hours as required.

Ms. Meno remains generally compliant with her other conditions of supervised release. She remains employed at McDonald's Restaurant, and pays restitution via garnishment at a rate of $25 per week. Her balance remains at $673.78.

This Officer respectfully requests that the Court modify the conditions of supervised release to include that Ann Marie Meno serve three (3) days of intermittent confinement, pursuant to 18 U.S.C. §§ 3583(e)(2), 3583(d)(3), at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S Marshals Office. Ms. Meno's progress will be carefully monitored and any continued violations will result in increasingly severe sanction. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Ms. Meno's consent to the modification.

| Reviewed by: | Respectfully submitted, |
|---|---|
| CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist<br>Supervision Unit Leader | JOHN W. SAN NICOLAS II<br>U.S. Probation Officer |
| Date: December 3, 2007 | Date: December 3, 2007 |

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above.

☐ The Modification of Conditions as Noted Above.

☐ Other

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I agree to the modification of my supervised release conditions to include the following conditions:

1. **The defendant shall serve three (3) days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S Marshals Office.**

Witness: _____    Signed: _____
John W. San Nicolas II                          Ann Marie T. Meno
U.S. Probation Officer                          Probationer or Supervised Releasee

_____11/27/07_____
Date