PROB 12A
(4/07)

# UNITED STATES DISTRICT COURT

for

District of Guam

## Report on Offender Under Supervision

Name of Offender: **Ann Marie T. Meno**  Case Number: **CR 03-00029-003**

Name of Sentencing Judicial Officer: Honorable John S. Unpingco

Date of Original Sentence: November 13, 2003

Original Offense: Conspiracy to Possess Stolen Mail, in violation of 18 U.S.C. § 371 and 2

Original Sentence: Six month term of imprisonment with credit for time served followed by a three year term of supervised release with the following special conditions: refrain from the use of any and all alcoholic beverages; submit to any method of testing for a prohibited substance; participate in a drug treatment program approved by the U.S. Probation Office and make a co-payment for treatment at a rate determined by the U.S. Probation Office; obtain and maintain employment; make payment arrangements with creditors; not incur any new lines of credit; provide access to requested financial information; perform 300 hours of community service; pay restitution in the amount of $2,287.49; and pay a $100 special assessment fee. **Modified** on July 19, 2004 to include an additional 100 hours of community service as approved by the U.S. Probation Office. **Revoked** on March 18, 2005, and ordered to serve 11 months imprisonment, followed by a 25 month term of supervised release with all conditions previously imposed on November 13, 2003 and modified on July 19, 2004; perform the remaining balance of 266 hours of community service under the direction of the U.S. Probation Office; and she is ordered to pay restitution immediately to her victims. **Modified** on February 7, 2006 to include that she serve six (6) days of intermittent confinement as a sanction for noncompliance. **Modified** on February 5, 2007 to include that she serve three (3) days of intermittent confinement and perform the balance of 218 hours of community service at the rate of 10 hours per week as a sanction for noncompliance. **Revoked** on September 19, 2007. One day imprisonment, followed by 24 months and 29 days supervised release under the same conditions previously imposed to include that she perform eight hours of community service per week. **Modified** on December 6, 2007 to include that she serve three (3) days of intermittent confinement as a sanction for failing to perform community service as required.

Type of Supervision: Supervised Release  Date Supervision Commenced: October 3, 2007

### NONCOMPLIANCE SUMMARY

Violation Number  Nature of Noncompliance

On March 5, 2008, Ms. Meno met with this Officer for her monthly reporting requirement. She reported that she had just returned from attending a Superior Court of Guam further proceeding hearing and was ordered to serve a term of imprisonment for failing to pay a fine obligation in Criminal Case No: CF 613-99. On the same date, this Officer verified the information provided with Superior Court of Guam Probation Supervisor Trisha Suzuki. Ms. Suzuki advised that Ms. Meno owes approximately $3,300 towards her fine obligation. Because her probation term was extended once before, Superior Court Presiding Judge Alberto C. Lamorena III ordered that she serve one day in prison for every $20 Ms. Meno owes towards her fine obligation, or approximately 165 days. Ms. Meno was ordered to self surrender on March 12, 2008.

On March 14, 2008, this Officer verified that Ms. Meno self surrendered to the Superior Court Marshal's Office as required. She will be released on August 24, 2008. Ms Meno will resume supervision in her District Court of Guam case immediately upon release from imprisonment.

Reviewed by:                                                              Respectfully submitted,

/s/ CARMEN D. O'MALLAN                                    by:    /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer Specialist                                      U.S. Probation Officer

Date:     March 27, 2008                                               Date:     March 27, 2008

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ No Action.

☐ Other