**MENO_A.facg**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00029 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT** |
| ANN MARIE T. MENO, | ) | |
| Defendant, | ) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To: McDonald's of Guam
Attn.: Rose Castro
185 S. Marine Corp. Drive
Tamuning, Guam 96913

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about June 5, 2006, $2,019.84 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

DATED this 23rd day of May, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Jessica F. Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov


```
United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History
```

Report Level: GU                                                                                  Report Date: 05/22/2008

**PAYMENTS**

For Report Parameters: 2003B04998 ,001 , 1401452

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Current Liability |
|---|---|---|---|---|---|---|
| 2003B04998/001 | Meno, Ann Marie T. | 6B | CR-03-00029 | 03 | | $267.65 |

| Seq Finance Nbr | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Scheduled Payment Date | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0008 | PMNT | 09/12/2005 | ~~CH~~ | | ~~MENO, ANN MARIE T~~ | | ~~ACCT-OCT05~~ | ~~ill-05-121~~ | | ~~10/05/2005~~ | ~~$25.00~~ |
| 0009 | PMNT | 03/07/2006 | ~~CH~~ | A | ~~0028273~~ | | CASH | | | ~~03/17/2006~~ | ~~$40.00~~ |
| 0010 | PMNT | 04/04/2006 | ~~CH~~ | A | ~~0028281~~ | | ~~CASH~~ | | | ~~04/10/2006~~ | ~~$35.00~~ |
| 0011 | PMNT | 06/26/2006 | GC | H | 0028815 | | 82474202 | | | 07/05/2006 | $15.67 |
| 0013 | PMNT | 07/03/2006 | GC | H | 0028881 | | 82475766 | | | 07/10/2006 | $17.12 |
| 0015 | PMNT | 07/10/2006 | GC | H | 0028941 | | 82477249 | | | 07/26/2006 | $13.03 |
| 0017 | PMNT | 07/17/2006 | GC | H | 0028999 | | 82478783 | | | 07/27/2006 | $19.42 |
| 0019 | PMNT | 07/24/2006 | GC | H | 0029063 | | 82480145 | | | 07/31/2006 | $25.32 |
| 0021 | PMNT | 07/31/2006 | GC | H | 0029166 | | 83000205 | | | 08/07/2006 | $18.85 |
| 0023 | PMNT | 08/07/2006 | GC | H | 0029335 | | 83001376 | | | 08/15/2006 | $30.61 |
| 0025 | PMNT | 08/11/2006 | GC | H | 0029462 | | 93002656 | | | 08/15/2006 | $17.20 |
| 0027 | PMNT | 08/21/2006 | GC | H | 0029631 | | 93004138 | | | 08/30/2006 | $22.21 |
| 0029 | PMNT | 08/25/2006 | GC | H | 0029712 | | 83005670 | | | 08/30/2006 | $13.80 |
| 0031 | PMNT | 09/05/2006 | GC | H | 0029818 | | 83007305 | | | 09/11/2006 | $27.60 |
| 0033 | PMNT | 09/11/2006 | GC | H | 0029889 | | 83008685 | | | 09/20/2006 | $23.35 |
| 0035 | PMNT | 09/18/2006 | GC | H | 0029967 | | 83010209 | | | 09/25/2006 | $30.86 |
| 0037 | PMNT | 09/25/2006 | GC | H | 0030039 | | 83011617 | | | 09/29/2006 | $11.63 |
| 0039 | PMNT | 10/02/2006 | GC | H | 0030096 | | 83013201 | | | 10/11/2006 | $25.41 |
| 0041 | PMNT | 10/10/2006 | GC | H | 0030146 | | | | | 10/16/2006 | $34.37 |
| 0045 | PMNT | 10/16/2006 | GC | H | 0030191 | | 83016029 | | | 10/25/2006 | $26.26 |
| 0047 | PMNT | 10/23/2006 | GC | H | 0030237 | | 83017309 | | | 10/27/2006 | $20.96 |
| 0049 | PMNT | 10/31/2006 | GC | H | 0030303 | | 83018873 | | | 11/06/2006 | $20.30 |
| 0051 | PMNT | 11/06/2006 | GC | H | 0030354 | | 83020163 | | | 11/13/2006 | $17.13 |
| 0053 | PMNT | 11/13/2006 | GC | H | 0030395 | | 83021374 | | | 11/21/2006 | $20.22 |
| 0055 | PMNT | 11/20/2006 | GC | H | 0030442 | | 83022807 | | | 11/27/2006 | $34.44 |
| 0057 | PMNT | 11/27/2006 | GC | H | 0030487 | | 83024238 | | | 12/06/2006 | $9.97 |
| 0059 | PMNT | 12/12/2006 | GC | H | 0030578 | | 83026742 | | | 12/18/2006 | $34.74 |
| 0061 | PMNT | 12/12/2006 | GC | H | 0030578 | | 83026743 | | | 12/18/2006 | $22.65 |

Page 1 of 5

Case 1:03-cr-00029    Document 123    Filed 05/29/2008    Page 3 of 6



United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

For Report Parameters: 2003B04998 ,001   ,1401452

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | | | | | Current Liability |
|---|---|---|---|---|---|---|---|---|---|
| 2003B04998/001 | Meno, Ann Marie T. | 6B | CR-03-00029 | 03 | | | | | $267.65 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Scheduled Payment Amount | Check Nbr | Bop Deposit Nbr | Scheduled Payment Date | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0063 | PMNT | 12/20/2006 | GC | H | 0030624 | | | 83028174 | | | 12/28/2006 | $31.48 |
| 0065 | PMNT | 12/27/2006 | GC | H | 0030664 | | | 83029545 | | | 01/03/2007 | $32.34 |
| 0067 | PMNT | 01/03/2007 | GC | H | 0030696 | | | 83031060 | | | 01/08/2007 | $31.12 |
| 0069 | PMNT | 01/08/2007 | GC | H | 0030737 | | | 83032225 | | | 01/17/2007 | $11.64 |
| 0071 | PMNT | 01/16/2007 | GC | H | 0030786 | | | 83033695 | | | 01/22/2007 | $22.34 |
| 0073 | PMNT | 01/22/2007 | GC | H | 0030827 | | | 83035037 | | | 01/29/2007 | $26.59 |
| 0075 | PMNT | 01/29/2007 | GC | H | 0030885 | | | 83036577 | | | 02/05/2007 | $25.50 |
| 0077 | PMNT | 02/05/2007 | GC | H | 0030926 | | | 83037794 | | | 02/12/2007 | $18.86 |
| 0079 | PMNT | 02/12/2007 | GC | H | 0030969 | | | 83039055 | | | 02/20/2007 | $20.78 |
| 0081 | PMNT | 02/20/2007 | GC | H | 0031018 | | | 83040509 | | | 02/26/2007 | $17.19 |
| 0083 | PMNT | 02/28/2007 | GC | H | 0031059 | | | 83041763 | | | 03/05/2007 | $20.55 |
| 0085 | PMNT | 03/05/2007 | GC | H | 0031074 | | | 83043108 | | | 03/12/2007 | $20.15 |
| 0087 | PMNT | 03/05/2007 | GC | H | 0031074 | | | 83044104 | | | 03/12/2007 | $12.15 |
| 0089 | PMNT | 03/19/2007 | GC | H | 0031154 | | | 83045475 | | | 03/26/2007 | $13.08 |
| 0091 | PMNT | 03/26/2007 | GC | H | 0031191 | | | 83046648 | | | 04/01/2007 | $24.47 |
| 0093 | PMNT | 04/03/2007 | GC | H | 0031226 | | | 83048031 | | | 04/09/2007 | $7.61 |
| 0095 | PMNT | 04/09/2007 | GC | H | 0031272 | | | 83049148 | | | 04/16/2007 | $13.16 |
| 0097 | PMNT | 05/07/2007 | GC | H | 0031428 | | | | | | 05/14/2007 | $45.46 |
| 0099 | PMNT | 05/11/2007 | GC | H | 0031454 | | | | | | 05/14/2007 | $25.00 |
| 0101 | PMNT | 05/21/2007 | GC | H | 0031504 | | | 83057402 | | | 05/30/2007 | $25.00 |
| 0103 | PMNT | 05/29/2007 | GC | H | 0031556 | | | 83058619 | | | 06/05/2007 | $25.00 |
| 0105 | PMNT | 06/04/2007 | GC | H | 0031584 | | | 83060020 | | | 06/11/2007 | $25.00 |
| 0107 | PMNT | 06/11/2007 | GC | H | 0031624 | | | 83061174 | | | 06/20/2007 | $25.00 |
| 0109 | PMNT | 06/18/2007 | GC | H | 0031676 | | | 83062616 | | | 06/25/2007 | $25.00 |
| 0111 | PMNT | 06/25/2007 | GC | H | 0031719 | | | 83063842 | | | 06/29/2007 | $25.00 |
| 0113 | PMNT | 06/27/2007 | GC | H | 0031741 | | | 83065169 | | | 06/29/2007 | $19.42 |
| 0115 | PMNT | 07/05/2007 | GC | H | 0031789 | | | 83066120 | | | 07/10/2007 | $25.00 |
| 0117 | PMNT | 07/10/2007 | GC | H | 0031826 | | | 83067 | | | 07/16/2007 | $25.00 |



Report Level: GU
United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Date: 05/22/2008

For Report Parameters: 2003B04998 ,001    ,1401452

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | | | | Current Liability |
|---|---|---|---|---|---|---|---|---|
| 2003B04998/001 | Meno, Ann Marie T. | 6B | CR-03-00029 | 03 | | | | $267.65 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Scheduled Payment Amount | Check Nbr | Bop Deposit Nbr | Scheduled Payment Date | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0119 | PMNT | 07/17/2007 | GC | H | 0031921 | | | 83062589 | | | 07/23/2007 | $25.00 |
| 0121 | PMNT | 07/25/2007 | GC | H | 0032042 | | | 83069978 | | | 07/31/2007 | $25.00 |
| 0123 | PMNT | 08/01/2007 | GC | H | 0032158 | | | 83071405 | | | 08/06/2007 | $25.00 |
| 0125 | PMNT | 08/08/2007 | GC | H | 0032346 | | | 83072607 | | | 08/14/2007 | $21.70 |
| 0127 | PMNT | 08/14/2007 | GC | H | 0032487 | | | 83074138 | | | 08/20/2007 | $25.00 |
| 0129 | PMNT | 08/22/2007 | GC | H | 0032634 | | | 83075453 | | | 08/27/2007 | $25.00 |
| 0131 | PMNT | 08/29/2007 | GC | H | 0032718 | | | 83076898 | | | 08/31/2007 | $25.00 |
| 0133 | PMNT | 09/04/2007 | GC | H | 0032766 | | | 83078054 | | | 09/10/2007 | $25.00 |
| 0135 | PMNT | 09/12/2007 | GC | H | 0032852 | | | 83079150 | | | 09/17/2007 | $25.00 |
| 0137 | PMNT | 09/18/2007 | GC | H | 0032892 | | | 83080592 | | | 09/24/2007 | $25.00 |
| 0139 | PMNT | 09/25/2007 | GC | H | 0032933 | | | 83081868 | | | 09/28/2007 | $25.00 |
| 000145 | PMNT | 10/03/2007 | GC | H | 0032994 | | | 83083261 | | | 10/10/2007 | $25.00 |
| 000148 | PMNT | 10/10/2007 | GC | H | 0033032 | | | 83084445 | | | 10/15/2007 | $25.00 |
| 000151 | PMNT | 10/17/2007 | GC | H | 0033095 | | | 83085839 | | | 10/22/2007 | $25.00 |
| 000154 | PMNT | 10/23/2007 | GC | H | 0033135 | | | 83087102 | | | 10/29/2007 | $25.00 |
| 000157 | PMNT | 10/31/2007 | GC | H | 0033196 | | | 83088587 | | | 11/05/2007 | $25.00 |
| 000160 | PMNT | 11/06/2007 | GC | H | 0033232 | | | 83089929 | | | 11/13/2007 | $25.00 |
| 000163 | PMNT | 11/13/2007 | GC | H | 0033287 | | | 83091432 | | | 11/20/2007 | $25.00 |
| 000166 | PMNT | 11/20/2007 | GC | H | 0033330 | | | 83092841 | | | 11/26/2007 | $25.00 |
| 000169 | PMNT | 12/04/2007 | GC | H | 0033407 | | | 83095514 | | | 12/10/2007 | $10.54 |
| 000172 | PMNT | 12/27/2007 | GC | H | 0033530 | | | 83099643 | | | 12/31/2007 | $25.00 |
| 000175 | PMNT | 01/02/2008 | GC | H | 0033571 | | | 83098156 | | | 01/07/2008 | $23.51 |
| 000177 | PMNT | 01/02/2008 | GC | H | 0033571 | | | 83101164 | | | 01/07/2008 | $25.00 |
| 000180 | PMNT | 01/09/2008 | GC | H | 0033637 | | | 83102314 | | | 01/16/2008 | $25.00 |
| 000183 | PMNT | 01/17/2008 | GC | H | 0033723 | | | 83103891 | | | 01/23/2008 | $25.00 |
| 000186 | PMNT | 01/22/2008 | GC | H | 0033780 | | | 83105224 | | | 01/28/2008 | $25.00 |
| 000189 | PMNT | 01/29/2008 | GC | H | 0033843 | | | 83106802 | | | 02/04/2008 | $25.00 |
| 000192 | PMNT | 02/06/2008 | GC | H | 0033918 | | | 83108124 | | | 02/10/2008 | $25.00 |



United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

For Report Parameters: 2003B04998 ,001 ,1401452

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | BOP Deposit Nbr | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|---|---|
| 2003B04998/001 | Meno, Ann Marie T. | 6B | CR-03-00029 | 03 | | | | $267.65 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 000195 | PMNT | 02/12/2008 | GC | H | GUX000010 | | | 02/18/2008 | $25.00 |
| 000198 | PMNT | 02/20/2008 | GC | H | GUX000057 | | | 02/29/2008 | $25.00 |
| 000201 | PMNT | 02/27/2008 | GC | H | GUX000114 | | | 02/29/2008 | $25.00 |
| 000204 | PMNT | 03/04/2008 | GC | H | GUX000165 | | | 03/12/2008 | $22.08 |
| 000207 | PMNT | 03/12/2008 | GC | H | GUX000234 | | | 03/14/2008 | $25.00 |
| 000210 | PMNT | 03/18/2008 | GC | H | GUX000274 | | | 03/20/2008 | $25.00 |
| Total | | | | | | | | | $2,119.84 |