**MENO_A.TerSvc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:   (671) 472-7332
FAX:   (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00029 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| ANN MARIE T. MENO, | ) | |
| Defendant, | ) | |
| MCDONALD'S OF GUAM, | ) | |
| Garnishee. | ) | |

I hereby certify that on May 27, 2008, I electronically filed **Motion to Terminate Writ of Continuing Garnishment** and on May 29, 2008, I electronically filed **Final Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF system.

//

//

//

//

//

1  A copy of the following documents: **Motion to Terminate Writ of Continuing Garnishment**,

2  **Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final**

3  **Accounting Upon Termination of Garnishment** were sent to the Defendant, ANN MARIE

4  T. MENO and garnishee, McDonald's of Guam by mail on **May 29, 2008**.

5
                                         LEONARDO M. RAPADAS
6                                        United States Attorney
                                         Districts of Guam and the NMI
7

8
   DATED:  6/5/08              By:    /s/ Jessica F. Cruz
9                                     JESSICA F. CRUZ
                                      Assistant U.S. Attorney
10                                    Jessica.F.Cruz@usdoj.gov
                                      MIKEL W. SCHWAB
11                                    Assistant U.S. Attorney
                                      mikel.schwab@usdoj.gov
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28